**MAR − 5**

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| TARIK JAAFAR, | ) |
|  | ) |
|       *Plaintiff,* | ) |
|  | ) |
|    v. | ) Civil Action No. 1:24-cv-337-AJT-LRV |
|  | ) |
| DAVID WOZNIAK, ET AL., | ) |
|  | ) |
|       *Defendants.* | ) |
|  | ) |

## Verdict Form

1. With respect to Plaintiff's Excessive Force Claims, we, the jury in the above-titled action, unanimously find in favor of:

Tarik Jaafar     Yes\_\_\_\_\_     No\_✓\_\_\_\_

If you have indicated no, proceed to the next question.

If you have indicated yes, mark which of the following Defendants you find liable to Plaintiff, and state as to each Defendant the amount of compensatory and punitive damages:

Capt. David Wozniak \_\_\_\_\_
- Compensatory Damages _____
- Punitive Damages _____

Lt. Carl Costello \_\_\_\_\_
- Compensatory Damages _____
- Punitive Damages _____

Lt. Shanna Nelson (now Rivera) \_\_\_\_\_
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Stanly Miller \_\_\_\_\_
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Douglas Duhl _____
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Jay Conner _____
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Kevin Donlan _____
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Danial Reeves _____
- Compensatory Damages _____
- Punitive Damages _____

2. With respect to Plaintiff's Deliberate Indifference to Medical Needs claims we, the jury in the above-titled action, unanimously find in favor of:

Tarik Jaafar        Yes_____    No__✓____

If you have indicated no, please proceed to have the verdict form signed and dated.

If you have indicated yes, mark which of the following Defendants you find liable to Plaintiff, and state as to each Defendant the amount of compensatory and punitive damages:

Capt. David Wozniak _____
- Compensatory Damages _____
- Punitive Damages _____

Lt. Carl Costello _____
- Compensatory Damages _____
- Punitive Damages _____

Lt. Shanna Nelson (now Rivera) _____
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Stanly Miller _____
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Douglas Duhl _____
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Jay Conner _____
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Kevin Donlan _____
- Compensatory Damages _____
- Punitive Damages _____

Sgt. Danial Reeves _____
- Compensatory Damages _____
- Punitive Damages _____

_March 5ᵗʰ, 2025_
Date

■■■■■■■■■■■■■■■■■■■■
Foreperson of the Jury