# United States District Court

EASTERN DISTRICT OF VIRGINIA

JAAFAR,                                JUDGMENT IN A CIVIL CASE

    Plaintiff

V.                                     CASE NUMBER 1:24-cv-337

LOUDOUN COUNTY, ET AL,

    Defendant

[X]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Defendants David Wozniak, Carl Costello, Stanly Miller, Shanna Nelson, Douglas Duhl, Jay R. Connor, Kevin H. Donlan, Danial Reeves, Jeremy Arsenault, and Loudoun County Adult Detention Center in accordance with the jury verdict dated March 5, 2025.

| | |
|---|---|
| March 5, 2025 | FERNANDO GALINDO |
| Date | Clerk |
| | *Dani Zirk* |
| | (By) Deputy Clerk |